# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### MARTINSBURG

**UNITED STATES OF AMERICA,**

    Plaintiff,

**v.**                                    **CRIMINAL ACTION NO.: 3:17-CR-70-1,-2 (GROH)**

**REBA MARCELLE MYERS,**
**and LISA RENEE LINDQUIST,**
**a/k/a "LISA RENE LINDQUIST,"**

    Defendants.

## ORDER OF ACQUITTAL

On November 9, 2018, the Court sua sponte declared a mistrial in this case. The charges against the Defendants were **DISMISSED WITH PREJUDICE**, for reasons stated upon the record. It is therefore **ORDERED** that the Defendants are acquitted, discharged, and any bond exonerated.

The Clerk is **DIRECTED** to transmit copies of this Order to all counsel of record herein.

**DATED**: November 13, 2018

GINA M. GROH
CHIEF UNITED STATES DISTRICT JUDGE